AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Indiana

JACKQUELLA JONES
          Plaintiff

          v.                                   **Civil Action No.**     1:22cv159

GENERAL MOTORS LLC

          Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Case DISMISSED with prejudice, with costs paid. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion to dismiss. _____

DATE: October 3, 2023 _____            *Chanda J. Berta, Clerk Of Court*

                                          by s/ D. Johnson_____
                                          *Signature of Clerk or Deputy Clerk*